THE STATE EX REL. NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; EVANS, APPELLANT.

[Cite as *State ex rel. Navistar Internatl. Transp. Corp. v. Indus. Comm.* (1998), 84 Ohio St.3d 115.]

(No. 98–792—Submitted October 12, 1998—Decided December 9, 1998.)

---

*Vorys, Sater, Seymour & Pease, L.L.P., Elizabeth T. Smith* and *Randall W. Mikes,* for appellee.

*Marchese & Monast, Joseph A. Marchese* and *James P. Monast,* for appellant.

---

The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.